UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO: 17-80370-RLR

INTERIOR SYSTEMS MANAGEMENT CORP.

    Plaintiff,

vs.

M/Y BROADWATER, a 159' Feadship, along with
her engines, tackle, equipment, rigging, dinghies, furniture
appurtenances, etc., in *Rem*,

    Defendant.

_____/

**STIPULATION FOR THE RELEASE
OF MONIES HELD IN TRUST AS SECURITY**

COMES NOW, the PARTIES, Plaintiff, INTERIOR SYSTEMS MANAGEMENT CORP. (hereinafter "ISMC"), and Defendant, M/Y BROADWATER, a 159' Feadship, British Official Number 733319, by and through its undersigned counsel, stipulate as follows:

1. By stipulation of the PARTIES, a total amount of Three Hundred Eighteen Thousand, Eight Hundred Twelve Dollars and Thirty-Seven Cents ($318,812.37) has been deposited in the Trust Account of Alley, Maas, Rogers and Lindsay, P.A. as security for the claim of Plaintiff, ISMC, and Alley, Maas, Rogers and Lindsay, P.A. agreed to hold these funds as security for Plaintiff's claims in accordance with Local Admiralty Rule E (8) lieu of arresting the yacht and posting a bond.

2. The firm of Alley, Maas, Rogers & Lindsay, P.A. agreed to hold such funds, including any interest earned thereon pending the resolution of this case by agreement of the parties or upon Order of the Court.

3. The PARTIES previously stipulated that a portion of the security in the amount of One Hundred Fourteen Thousand Dollars and Zero Cents ($114,000.00) be released to Plaintiff's counsel's trust account and request that Alley, Maas, Rogers & Lindsay, P.A. issue a check in that amount to "Brais & Associates, P.A. Trust Account" and Alley, Maas, Rogers & Lindsay, P.A. did release said amount per the PARTIES' stipulation.

4. The PARTIES now stipulate that a portion of the remaining security in the amount of One Hundred Ten Thousand Dollars ($110,000.00) be released to Plaintiff's counsel's trust account and request that Alley, Maas, Rogers & Lindsay, P.A. issue a check in that amount to "Brais & Associates, P.A. Trust Account".

5. The PARTIES also stipulate that the remainder of the security held by Alley, Maas, Rogers & Lindsay, P.A. be released to ___McIntosh Schwartz P.L. Trust Account_____.

Dated: February 27, 2017.

/s./ RICHARD D. RUSAK
Richard D. Rusak, Esq. (FBN: 614181)
rusak@braislaw.com
**Brais Brais Rusak**
9300 S. Dadeland Blvd., Suite 101
Miami, Florida 33156
Phone (305) 416-2901
Fax (305) 416-2902
*Attorney for Plaintiff*

/s./ ROBERT D. McINTOSH
Robert D. McIntosh (FBN: 115490)
rdm@mcintoshschwartz.com
**McINTOSH SCHWARTZ P.L.**
888 S.E. 3rd Avenue, Suite 201
Fort Lauderdale, Florida 33316-1159
Phone: (954) 660-9888
Fax: (954) 760-9531
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Richard D. Rusak*
Richard D. Rusak

## SERVICE LIST

*Interior Systems Management Corp. v. M/Y Broadwater*
**Case No.: 17-CV-80370**

| | |
|---|---|
| Richard D. Rusak, Esq. (FBN: 614181) | Robert D. McIntosh (FBN: 115490) |
| rusak@braislaw.com | rdm@mcintoshschwartz.com |
| **BRAIS BRAIS RUSAK** | Adam B. Cooke (FBN: 0634182) |
| Dadeland Office Park | acooke@mcintoshschwartz.com |
| 9300 S. Dadeland Blvd., Suite 101 | **McINTOSH SCHWARTZ P.L.** |
| Miami, Florida 33156 | 888 S.E. 3rd Avenue, Suite 201 |
| (305) 416-2901 | Fort Lauderdale, Florida 33316-1159 |
| (305) 416-2902 Fax | Phone: (954) 660-9888 |
| *Attorneys for Plaintiff* | Fax: (954) 760-9531 |
| | *Attorneys for Defendant* |