UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO: 17-80370-RLR

INTERIOR SYSTEMS MANAGEMENT CORP.

    Plaintiff,

vs.

M/Y BROADWATER, a 159' Feadship, along with her engines, tackle, equipment, rigging, dinghies, furniture appurtenances, etc., in *Rem*,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, the PARTIES, Plaintiff, INTERIOR SYSTEMS MANAGEMENT CORP. (hereinafter "ISM"), and Defendant, M/Y BROADWATER, a 159' Feadship, British Official Number 733319, by and through its undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice, each party to bear its own attorney's fees and costs.

Dated: March 9, 2018.

| | |
|---|---|
| /s./ RICHARD D. RUSAK | /s./ ROBERT D. McINTOSH |
| Richard D. Rusak, Esq. (FBN: 614181) | Robert D. McIntosh (FBN: 115490) |
| rrusak@braislaw.com | rdm@mcintoshschwartz.com |
| **Brais Brais Rusak** | **McINTOSH SCHWARTZ P.L.** |
| 9300 S. Dadeland Blvd., Suite 101 | 888 S.E. 3rd Avenue, Suite 201 |
| Miami, Florida 33156 | Fort Lauderdale, Florida 33316-1159 |
| Phone (305) 416-2901 | Phone: (954) 660-9888 |
| Fax (305) 416-2902 | Fax: (954) 760-9531 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/  Richard D. Rusak*
Richard D. Rusak

## SERVICE LIST

*Interior Systems Management Corp. v. M/Y Broadwater*
**Case No.: 17-CV-80370**

| | |
|---|---|
| Richard D. Rusak, Esq. (FBN: 614181) <br> rrusak@braislaw.com <br> **BRAIS BRAIS RUSAK** <br> Dadeland Office Park <br> 9300 S. Dadeland Blvd., Suite 101 <br> Miami, Florida 33156 <br> (305) 416-2901 <br> (305) 416-2902 Fax <br> *Attorneys for Plaintiff* | Robert D.  McIntosh (FBN: 115490) <br> rdm@mcintoshschwartz.com <br> Adam B. Cooke (FBN: 0634182) <br> acooke@mcintoshschwartz.com <br> **McINTOSH SCHWARTZ P.L.** <br> 888 S.E. 3rd Avenue, Suite 201 <br> Fort Lauderdale, Florida 33316-1159 <br> Phone: (954) 660-9888 <br> Fax: (954) 760-9531 <br> *Attorneys for Defendant* |